Opinion issued February 4, 2010








 

In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00944-CV

____________


IN RE UMESH JAIN, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator Umesh Jain filed a petition for writ of mandamus complaining of Judge
Sandill's (1) order disqualifying Jain's counsel. Jain has informed this Court that he has
secured other counsel rending his petition for writ of mandamus moot.

 We dismiss the petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.
1.